United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**
                **Plaintiff**

        VS.                    5:08-CV-497 (FJS/GHL)

**$ 5,249.00 in United States Currency**

                **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That all claims with regard to the defendant $5,249.00 in United States Currency are hereby barred and foreclosed forever. All right title and interest to the defendant $5,249.00 in United States Currency is forfeited to the United States of America for disposition in accordance with law by the United States Marshal Service. The costs of this action are to be borne by the United States of America. Judgment is hereby entered in favor of the plaintiff.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr. dated the 24th day of July, 2008.

**JULY 28, 2008**                                               **LAWRENCE K. BAERMAN**

**DATE**                                                                **Clerk of Court**

                                                          **s/**

                                                          **Joanne Bleskoski**
                                                          **Deputy Clerk**